# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SHENEYA KING,

        Plaintiff,

   v.

MARTIN O'MALLEY,[1]
*Commissioner of Social Security*,

        Defendant.

Case No. 23-CV-1825 (JMC)

## ORDER

Upon consideration of the Parties' joint stipulation filed January 18, 2024, ECF 9, it is hereby **ORDERED** that the final decision of the Commissioner is reversed and that this matter is remanded to the Commissioner for further proceedings, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). On remand, the Commissioner will refer Plaintiff's case to an administrative law judge to issue a new decision. It is further

**ORDERED** that Plaintiff's motion for judgment of reversal, ECF 7, is hereby **TERMINATED** as moot. It is further

**ORDERED** that this is a final order and the case is dismissed.

The Clerk of Court shall terminate this case.

**SO ORDERED.**

                                                JIA M. COBB
                                                United States District Judge

Date: January 22, 2024

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Martin O'Malley, who became the Commissioner of Social Security on December 20, 2023, is substituted for Kilolo Kijakazi as the defendant in this suit.